UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| HADASSA INVESTMENT SECURITY NIGERIA, LTD., | CIVIL ACTION NO. 16-1502 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SWIFTSHIPS SHIPBUILDERS, LLC ET AL. | MAG. JUDGE CAROL B. WHITEHURST |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss the United States of America from Plaintiff's Lawsuit for Lack of Subject-Matter Jurisdiction [Doc. No. 22] is **GRANTED**, and Plaintiff's claims against the United States are **DISMISSED WITHOUT PREJUDICE**.

**MONROE, LOUISIANA**, this 13th day of June, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE