UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| HADASSA INVESTMENT SECURITY NIGERIA, LTD., | CIVIL ACTION NO. 16-1502 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SWIFTSHIPS SHIPBUILDERS, LLC ET AL. | MAG. JUDGE CAROL B. WHITEHURST |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 49] having been considered, together with the written objections thereto filed with this Court [Doc. No. 50], and after a *de novo* review of the record, that the Magistrate Judge's findings are correct under the applicable law,

**IT IS ORDERED** that the Motion for Summary Judgment [Doc. No. 42] filed by Swiftships Shipbuilders, LLC is **DENIED.**

**MONROE, LOUISIANA**, this 1ST day of September, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE